AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**FILED**
FEB 10 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.

WILMAR ARISTO PABLOS-MIGUEL

*Defendant*

Case No. 2:26-MJ-00011

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WILMAR ARISTO PABLOS-MIGUEL,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

42 U.S.C. § 408(a)(7)(B) - misuse of a Social Security Administration account number

REC'D USMS CHARLESTON, WV
JAN 20 2026 PM 4:35

Date:  01/20/2026

*Issuing officer's signature*

City and state:  Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/20/26, and the person was arrested on *(date)* 1/20/26
at *(city and state)* South Charleston, WV.

Date: 2/5/26

*Arresting officer's signature*

Terrie Taylor Special Agent
*Printed name and title*